# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Felicia Adegoke o/b/o O.A.**
    Plaintiff(s)

vs.                    CASE NUMBER: 5:23-cv-668 (MJK)

**Commissioner of Social Security**
    Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's motion for judgement on the pleadings (Dkt. No. 19) be **GRANTED**; and it is further **ORDERED** that defendants motion for judgement on the pleadings (Dkt. No. 16) be **DENIED**; and it is further **ORDERED** that the decision of the Commissioner be **REVERSED** and this action be **REMANDED** to the Commissioner pursuant to sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with this Memorandum-Decision and Order.

All of the above pursuant to the order of the Honorable **Mitchell J. Katz**, dated August 7, 2024.

DATED: August 7, 2024

_____
Clerk of Court

s/_____
Samantha Brahm
Deputy Clerk